UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

ASHLEY CLARK,

                            Plaintiff,

             vs.

REHABILITATION SUPPORT SERVICES, INC., FRED BUCKLEY, in his individual capacity and SEAMUS MCNULTY, in his individual capacity,

                            Defendants.

Civil No. 1:22-cv-00574 (GTS/CFH)

-----------------------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HERBEY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendants who have been served with process and who have appeared in the above-captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: February 7, 2023 | Dated: February 7, 2023 |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| By: *John C. Luke, Jr.* | By: */s/ Kristi Rich Winters* |
| John C Luke, Jr., Esq. | Kristi Rich Winters, Esq. |
| Slater Slater Schulman LLP | JACKSON LEWIS P.C. |
| 445 Broad Hollow Road, Suite 419 | 677 Broadway, 9th Floor |
| Melville, NY 11747 | Albany, NY 12207 |
| T: 631-420-9300 | T: 518-512-8700 / F: 518-242-7730 |
| jluke@sssfirm.com | kristi.winters@jacksonlewis.com |